IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
     v.                       )       2:11cr190-MHT
                              )            (WO)
FREDERICK BALL MATTHEWS       )
```

ORDER

This case is before the court on the defendant Frederick Ball Matthews's petition for early termination of supervised release after.  The probation officer does not oppose the motion, but the government does.  The court will grant the petition, albeit with hesitancy.

Matthews was sentenced to 90 months custody, followed by a lifetime term of supervised release, for Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2). Not only did Matthews possess more than 100,000 images and over 4,000 videos of child pornography (hundreds of which he distributed to others), he also invited youth from his church into his home and recorded them while they showered.  He abused

his position at the church and, more significantly, he abused young boys entrusted to his care.

Nonetheless, Matthews has complied with all terms of supervised release for the past six years. His probation officer reports that Matthews has avoided contact with children without prior approval by his probation officer and at least one other adult there; that his probation officer has not found any form of pornography in Matthews's residence or on his digital devices upon random reviews of his search history; that Matthews has participated in a sex-offender treatment program and continued to seek counseling voluntarily; and that Matthews has paid all court costs. The officer further notes that Matthews's mental-health therapist supports early termination of supervision. The officer then concludes that "Matthews appears to have successfully transitioned from prison and plans to maintain a crime free lifestyle." Probation Officer Report (Doc. 52).

The government opposes the petition for early termination. In both its response brief and during the

2

hearing, the government primarily asserts that, in light of the serious nature of Matthews's offense, it would not be appropriate to terminate supervised release after only six years.

The court agrees that Matthews's crime was heinous. Nevertheless, Matthews has served his sentence and thus completed his punishment; Matthews has, as his probation officer emphasizes, complied with all the conditions of supervised release for six years; the officer, who has worked with Matthews during that time, does not oppose an early termination; and the government has not stated a timeframe it believes would be reasonable for termination.

For the above reasons, the court concludes, albeit with some hesitancy, that early termination of supervised release is appropriate.

Accordingly, it is ORDERED that:

(1) The petition for early termination of supervised release (Doc. 47) is granted.

(2) Defendant Frederick Ball Matthews's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 3rd day of January, 2025.

                                             /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**